John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 830114  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 06-60169 | 012-0 | BERGHART WHITMILL<br>Original Check written to:<br>ARP ISD<br>2323 BRYAN STREET #1600<br>DALLAS, TX 75201 | xxxxxxxxxxxxx2030 | 0.00 | 89.63 | 23.40 | 113.03 |
| 06-60688 | 006-0 | CARL ALLEN CUNNINGHAM<br>Original Check written to:<br>PANOLA COUNTY<br>C/O RAY, WOOD, FINE, & BONILLA, LLP<br>P O BOX 165001<br>AUSTIN, TX 78716 | | 0.00 | 234.87 | 89.30 | 324.17 |
| 06-60688 | 008-0 | CARL ALLEN CUNNINGHAM<br>Original Check written to:<br>PIONEER CREDIT COMPANY<br>112 E SABINE<br>CARTHAGE, TX 75633 | xx7897 | 0.00 | 84.55 | 2.33 | 86.88 |
| 06-60688 | 013-0 | CARL ALLEN CUNNINGHAM<br>Original Check written to:<br>GALWAY FINANCIAL SERVICES, LLC<br>11675 RAINWATER DRIVE<br>ALPHARETTA, GA 30004 | xxxxxx0000 | 0.00 | 585.00 | 253.24 | 838.24 |
| 06-60688 | 018-0 | CARL ALLEN CUNNINGHAM<br>Original Check written to:<br>CITI CARDS<br>PO BOX 6241<br>SIOUX FALLS, SD 57117- | xxxxxxxxxxxxxxxxxxxxxGHAM | 0.00 | 586.49 | 136.85 | 723.34 |